UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------- X
JAHMIL O. BARRETT,

                Plaintiff,

                                                   JUDGMENT
-   against –                              22-cv-06925

LOCAL 804 UNION BROTHERHOOD OF
TEAMSTERS (IBT) and UNITED PARCEL
SERVICES INC. (UPS)

                Defendants.
------------------------------------- X

        A Memorandum and Order of Honorable Natasha C. Merle, United States District Judge, having been filed on March 28, 2024, granting defendants' motions to dismiss plaintiff's complaint; and denying UPS's request to require plaintiff to seek leave from the Court to file future complaints against it; it is

        ORDERED and ADJUDGED that Court grants defendants' motions to dismiss plaintiff's complaint; and denies UPS's request to require that plaintiff seek leave from the Court to file future complaints against it; and that the case is closed consistent with the March 28, 2024 Memorandum and Order.

Dated: Brooklyn, NY                                                          Brenna B. Mahoney
          March 29, 2024                                                 Clerk of Court

                                                                               By: */s/Salomon Mejia Jr*
                                                                                    Deputy Clerk